U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'09 OCT 30 A9 25
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT M. MOEHRKE,
aka Robert M. Moehrkey,

    Defendant.

Case No. **09 CR-272**

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about May 25, 2006, in the State and Eastern District of Wisconsin,

**ROBERT M. MOEHRKE,
aka Robert M. Moehrkey,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, and in causing and facilitating the commission of an act or acts constituting the possession and attempted possession, with the intent to distribute, cocaine, a Schedule II controlled substance, a felony under the provisions of Title 21, Chapter 13, Subchapter I, of the United States Code.

In violation of Title 21, United States Code, Section 843(b).

Date: 10-29-09

MICHELLE L. JACOBS
United States Attorney